IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEVIN LYLE HARDCASTLE,**

    Plaintiff,

v.

**NORTHERN OREGON REGIONAL CORRECTIONAL FACILITY,**

    Defendant.

No. 3:19-cv-00288-AC

OPINION AND ORDER

**MOSMAN, J.,**

On May 1, 2019, Magistrate Judge John V. Acosta issued his Findings and Recommendation (F&R) [10], recommending that Plaintiff's Complaint [2] be dismissed with leave to amend and any pending motions be dismissed as moot. No objections were filed.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [10] in full. Plaintiff's Complaint [2] is DISMISSED with leave to amend and any pending motions are DISMISSED AS MOOT. Plaintiff has thirty (30) days in which to file an amended complaint. Plaintiff is advised that failure to file an amended complaint within the allotted time will result in the entry of a judgment of dismissal.

IT IS SO ORDERED.

DATED this 24 day of May, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge